FILED
March 22, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-07-0104-LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| SCOTT PHILLIP DECHAINE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SCOTT PHILLIP DECHAINE, Case No. CR.S-07-0104 from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $50,000.00

　　　___   Unsecured Appearance Bond

　　　___   Appearance Bond with 10% Deposit

　　　_X_   Appearance Bond with Surety

　　　_X_   (Other)   Conditions as stated on the record.

　　　_X_   (Other)   The Defendant is ordered released on 03/22/07 on a $30,000.00 secured Bond (co-signed by the defendant's brother). Defense counsel is to file with the Court the Secured Bond paperwork within 10 days from the date of this order.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   March 22, 2007   at 2:58 pm

By _____
Edmund F. Brennan
United States Magistrate Judge