MCGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>SCOTT PHILLIP DECHAINE,     )<br>                            )<br>            Defendants.     )<br>_____) | CR NO. S-07-104 LKK<br><br>ORDER |

On April 17, 2007, at 9:30 a.m., this matter came on for a status conference.  The United States appeared through Assistant United States Attorney Philip Ferrari, standing in for Carolyn K. Delaney.  Defendant Scott Phillip Dechaine appeared with his counsel Clyde Blackmon.  Pursuant to the agreement of the parties, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

A further status conference is set for May 22, 2007.  The Court finds that time is properly excluded between April 17, 2007 and May 22, 2007 under the Speedy Trial Act for those provisions dealing with continuity of counsel (Local Code T4). The Court also specifically finds that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter and

1 | that the ends of justice served by granting a continuance outweigh
2 | the best interest of the public and defendant in a speedy trial.
3 |
4 | DATE: April 18, 2007

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```