BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
MELINDA J. NYE (SBN 237303)
813 Sixth Street. Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824

Attorneys for Defendant
SCOTT PHILLIP DECHAINE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>SCOTT PHILLIP DECHAINE,<br><br>           Defendant. | Case No.: CR.S-07-0104 LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date:  May 22, 2007<br>Time:  9:30 A.M.<br>Judge: Lawrence K. Karlton<br>       Senior U.S.<br>       District Judge |

   IT IS HEREBY STIPULATED by Scott P. Dechaine, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney Carolyn K. Delaney, that the status conference now scheduled for 9:30 a.m. on May 22 27, 2007 be continued to June 19, 2007 at 9:30 a.m.

   Scott P. Dechaine is charged in two counts with possession of child pornography and receiving/distributing child pornography in violation of 18 U.S.C. §2252(a)(4)(B) and 18

1  U.S.C. §2252(a)(2).  The status conference in the case has been
2  continued on one previous occasion.  A further continuance is
3  necessary in order to provide the defense with time to obtain
4  medical records pertaining to Mr. Dechaine
5      Mr. Dechaine underwent brain surgery when he was less than
6  two months old.  He suffers certain mental and physical
7  impairments as a result of that surgery.  Counsel for Mr.
8  Dechaine is in the process of obtaining his medical records from
9  the hospital in Gulfport, Mississippi where the surgery was
10 performed.  Additional time is necessary in order to obtain
11 those records, review them and, perhaps, to consult with a
12 physician to determine how Mr. Dechaine's medical condition may
13 affect the defense of the case.
14     Therefore, the parties stipulate that the matter be
15 continued to 9:30 a.m. on June 19, 2007, for further status
16 conference.  The parties further stipulate that pursuant to 18
17 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] that time shall be
18 excluded from May 22, 2007, to June 19, 2007, to give defense
19 counsel additional time in which to prepare.
20 IT IS SO STIPULATED.
21
22 DATED:    May 18, 2007              //s// Clyde M. Blackmon for
                                    By:  CAROLYN K. DELANEY     ____
23                                      CAROLYN K. DELANEY
                                        Assistant U.S. Attorney
24
   DATED:    May 18, 2007
25                                  By: _//s// Clyde M. Blackmon___
26                                      Clyde M. Blackmon
                                        Attorney for Defendant
27                                      SCOTT P. DECHAINE
28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for May 22, 2007 at 9:30 a.m. is vacated and the matter is set for a status conference hearing on June 19, 2007 at 9:30 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties to allow adequate defense preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) - [Local Code T4], until the next appearance.

IT IS SO ORDERED.

DATED: May 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME