```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  FRED N. DAWSON, Of Counsel (SBN 43306)
    JONATHAN C. TURNER (SBN 191540)
 3  EMILY E. DORINGER (SBN 208727)
    MELINDA J. NYE (SBN 237303)
 4  Hall of Justice
    813 Sixth Street, Suite 450
 5  Sacramento, CA  95814
    Telephone: (916) 441-0824
 6
    Attorneys for Defendant,
 7  SCOTT PHILLIP DECHAINE
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: S-07-104 LKK |
|---|---|
| Plaintiff, | ORDER RE: WAIVER OF PERSONAL APPEARANCE |
| vs. | |
| SCOTT PHILLIP DECHAINE, | |
| Defendant. | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at

- 1 -

WAIVER OF PERSONAL APPEARANCE

1  all time by the presence of his attorney, the same as if
2  defendant were personally present; and further agrees to be
3  present in person in court ready for trial on any day which the
4  Court may fix in his absence.

DATED:  May 17, 2007            _//s// SCOTT PHILLIP DECHAINE__
                                 SCOTT PHILLIP DECHAINE


APPROVED:


//s// CLYDE M. BLACKMON
CLYDE M. BLACKMON
Attorney for Defendant
SCOTT PHILLIP DECHAINE



IT IS SO ORDERED.


DATED: May 21, 2007             _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT