```
MCGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR NO. S-07-104 LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SCOTT PHILLIP DECHAINE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On September 5, 2007, at 9:30 a.m., this matter came on for a status conference. The United States appeared through Assistant United States Attorney Carolyn K. Delaney. Defendant Scott Phillip Dechaine appeared through his counsel Clyde Blackmon. Pursuant to the agreement of the parties, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

A further status conference is set for October 23, 2007. The Court finds that time is properly excluded between September 7, 2007 and October 23, 2007 under the Speedy Trial Act for those provisions dealing with continuity of counsel (Local Code T4). The Court also specifically finds that a continuance is necessary to give the defendant reasonable time to prepare for trial in this

matter and that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATE: September 12, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2