McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. S 07-104 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| SCOTT PHILLIP DECHAINE, | |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Clyde Blackmon, that the defendant's pre-trial release conditions should be amended as follows to comply with the Adam Walsh Act. Specifically, at the request of the Pre-trial Services Officer, and with the agreement of the parties, the pre-trial release conditions should be amended to include the following language:

> **"You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**

1

  **CURFEW: You are restricted to your residence everyday from 10pm to 6 am as directed by the Pretrial Services Officer.**"

Dated: December 13, 2007    Respectfully submitted,

             McGREGOR W. SCOTT
             U.S. Attorney

             /s/ Carolyn K. Delaney

             CAROLYN K. DELANEY
             Assistant U.S. Attorney

Dated: December 13, 2007    /s/ Clyde Blackmon

             CLYDE BLACKMON
             Attorney for Scott Dechaine

             **ORDER**

**IT IS HEREBY ORDERED**: That the defendant's conditions of pretrial release shall be amended to include the following language:

  "**You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**

  **CURFEW: You are restricted to your residence everyday from 10pm to 6 am as directed by the Pretrial Services Officer.**"

DATED: December 14, 2007

             _____
             LAWRENCE K. KARLTON
             SENIOR JUDGE
             UNITED STATES DISTRICT COURT