MCGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br> SCOTT PHILLIP DECHAINE,      )<br>                             )<br>            Defendant.       )<br> _____ )  | CR NO. S-07-104 LKK<br><br>ORDER |

On February 12, 2008, at 9:30 a.m., this matter came on for a status conference.  The United States appeared through Assistant United States Attorney Carolyn K. Delaney.  Defendant Scott Phillip Dechaine appeared through his counsel Clyde Blackmon. Pursuant to the agreement of the parties, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

The currently scheduled trial date of February 26, 2008, is vacated.  A further status conference is set for April 22, 2008. The Court finds that time is properly excluded between February 12, 2008 and April 22, 2008 under the Speedy Trial Act for those provisions dealing with continuity of counsel (Local Code T4). The Court also specifically finds that a continuance is necessary to

give the defendant reasonable time to prepare for trial in this matter and that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATE: February 19, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2