```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824

Attorneys for Defendant
SCOTT PHILLIP DECHAINE
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   vs.<br><br>SCOTT PHILLIP DECHAINE,<br><br>     Defendant. | Case No.: CR.S-07-0104 LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date:  April 22, 2008<br>Time:  9:30 A.M.<br>Ctrm:  4(LKK) |

IT IS HEREBY STIPULATED by Scott P. Dechaine, through his counsel Blackmon & Associates, and the United States of America, through its counsel, Assistant U.S. Attorney Carolyn K. Delaney, that the status conference now scheduled for 9:30 a.m. on April 22, 2008, be continued to May 20, 2008, at 9:30 a.m.

Scott P. Dechaine is charged in two counts with possession of child pornography and receiving/distributing child pornography in violation of 18 U.S.C. §2252(a)(4)(B) and 18 U.S.C. §2252(a)(2).  The parties, through their counsel, have been engaged in ongoing discussions regarding possible

alternative resolutions to this matter.  A further continuance is necessary in order to provide the defense with time to conduct additional research, to further consult with Mr. Dechaine and to give Mr. Dechaine the opportunity to seek the advice and counsel of his extended family.

Mr. Dechaine underwent brain surgery when he was less than two months old.  He suffers certain mental and physical impairments as a result of that surgery.  Counsel for Mr. Dechaine has obtained all available, relevant information concerning Mr. Dechaine's medical condition as an infant, as well as the resulting mental and physical disabilities.  In addition, defense counsel has sought the advice of an expert consultant regarding the possible ramifications of Mr. Dechaine's impairments as they may relate to this case.

At this point, defense counsel is of the opinion that additional legal research concerning the potential impact of Mr. Dechaine's cognitive disability is necessary.  In addition, defense counsel believes the legal complexities currently operating upon Mr. Dechaine are in some respects difficult for him to fully comprehend.  It is necessary to meet with Mr. Dechaine and a trusted family member to ensure that Mr. Dechaine has adequate support and advice in making serious decisions concerning the possible resolution of his case.  Unfortunately, Mr. Dechaine's mother has been critically ill in the hospital and currently requires kidney dialysis three times per week. Defense counsel understands she is in need of a kidney transplant.  Due to her illness, she was unable to keep a recent

1  appointment to meet with defense counsel and Mr. Dechaine.
2  Arrangements are being made to reschedule with Mr. Dechaine and
3  his either his mother or another trusted family member.
4        Furthermore, defense counsel Clyde Blackmon has been in
5  trial since the beginning of the year in a death penalty
6  prosecution in Yolo County.  The guilt phase of the trial
7  recently concluded, and the penalty phase is now set to begin on
8  Monday, April 21, 2008, and will continue for approximately two
9  weeks.  Because of Mr. Blackmon's ongoing involvement with that
10 trial, defense counsel Emily Doringer has been assisting with
11 the handling of Mr. Dechaine's case.  However, Ms. Doringer has
12 been scheduled to appear before California's Third District
13 Court of Appeal on April 22, 2008, at 9:30 a.m. for oral
14 argument on another matter.
15       Due to these circumstances, the parties stipulate that Mr.
16 Dechaine's status conference be continued to 9:30 a.m. on May
17 20, 2008.  The parties further stipulate that pursuant to 18
18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] that time shall be
19 excluded from April 22, 2008, to May 20, 2008, to give defense
20 counsel additional time in which to prepare.
21 IT IS SO STIPULATED.

DATED:    April 17, 2008         By: //s// Clyde M. Blackmon for
                                     CAROLYN K. DELANEY
                                     Assistant U.S. Attorney
DATED:    April 17, 2008
                                 By: _//s// Clyde M. Blackmon___
                                     Clyde M. Blackmon
                                     Attorney for Defendant
                                     SCOTT P. DECHAINE

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for April 22, 2008, at 9:30 a.m. is vacated and the matter is set for a status conference hearing on May 20, 2008, at 9:30 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties to allow adequate defense preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) – [Local Code T4], until the next appearance.

IT IS SO ORDERED.

DATED: April 18, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT