McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00104-LKK |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| SCOTT PHILLIP DECHAINE, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Scott Phillip Dechaine, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) a Gateway 5200 CL computer tower;

   b) a Western Digital WD2000 hard drive; and

   c) an Imation CD-RW disk.

2.  The above-listed property includes visual depictions of minors engaged in sexually explicit conduct as described in 18

1  U.S.C. § 2256 and/or constitutes property used or intended to be
2  used to commit or to promote the commission of a violation of 18
3  U.S.C. § 2252(a)(4)(B).
4      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
5  designee) shall be authorized to seize the above-listed property.
6  The aforementioned property shall be seized and held by the
7  United States, in its secure custody and control.
8      4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21
9  U.S.C. § 853(n), and Local Rule 83-171, the United States
10 forthwith shall publish at least once for three successive weeks
11 in <u>The Daily Recorder</u> (Sacramento County), a newspaper of general
12 circulation located in the county in which the above-listed
13 property was seized, notice of this Order, notice of the Attorney
14 General's (or a designee's) intent to dispose of the property in
15 such manner as the Attorney General may direct, and notice that
16 any person, other than the defendant, having or claiming a legal
17 interest in the above-listed property must file a petition with
18 the Court within thirty (30) days of the final publication of the
19 notice or of receipt of actual notice, whichever is earlier.
20      b.  This notice shall state that the petition shall be
21 for a hearing to adjudicate the validity of the petitioner's
22 alleged interest in the property, shall be signed by the
23 petitioner under penalty of perjury, and shall set forth the
24 nature and extent of the petitioner's right, title or interest in
25 the property and any additional facts supporting the petitioner's
26 claim and the relief sought.
27      c.  The United States may also, to the extent
28 practicable, provide direct written notice to any person known to

1 | have alleged an interest in the property that is the subject of
2 | the Order of Forfeiture, as a substitute for published notice as
3 | to those persons so notified.
4 |     5.  If a petition is timely filed, upon adjudication of all
5 | third-party interests, if any, this Court will enter a Final
6 | Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all
7 | interests will be addressed.
8 |     SO ORDERED this 13th day of June, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT