```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824

Attorneys for Defendant
SCOTT PHILLIP DECHAINE
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-07-104 LKK |
|---|---|
| Plaintiff, | ORDER DIRECTING THE CLERK TO EXECUTE RECONVEYANCE |
| vs. | |
| SCOTT PHILLIP DECHAINE | |
| Defendant. | |

**<u>ORDER</u>**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the bond in this case is exonerated and the Clerk of the Court shall execute a reconveyance of the real property that secured the bond.  The clerk shall mail the reconveyance to:

```
    Daniel Dechaine
    Brandi Dechaine
    9501 Heinlein Way
    Sacramento, CA  95829
```

Dated: September 10, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -

[PROPOSED] ORDER DIRECTING THE CLERK TO EXECUTE RECONVEYANCE