1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2770

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )    2:07-cr-00104-LKK
                                )
12           Plaintiff,          )    FINAL ORDER OF FORFEITURE
                                )
13       v.                     )
                                )
14 SCOTT PHILLIP DECHAINE,      )
                                )
15           Defendant.          )
   _____)

17      WHEREAS, on June 16, 2008, this Court entered a Preliminary
18 Order of Forfeiture pursuant to the provisions of 18 U.S.C.
19 § 2253 based upon the plea agreement entered into between
20 plaintiff and defendant Scott Phillip Dechaine forfeiting to the
21 United States the following property:
22          a)   a Gateway 5200 CL computer tower;
23          b)   a Western Digital WD2000 hard drive; and
24          c)   an Imation CD-RW disk.
25      AND WHEREAS, on July 1, 8, and 15, 2008, the United States
26 published notice of the Court's Order of Forfeiture in the <u>The
27 Daily Recorder </u>(Sacramento County), a newspaper of general
28 circulation located in the county in which the subject property

was seized.  Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Scott Phillip Dechaine.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 29th day of September, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT